UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDY WEAVER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:18-CV-203-JRG-HBG |
| THE WATERS OF CLINTON, ) ) | |
| Defendant. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw of Michael Jacobs, Esq. [Doc. 36], Defendant's attorney. By way of background, on May 1, 2020, the District Judge ordered Attorney Jacobs to inform the Court as to whether he intends to continue his representation of Defendant. The District Judge also noted that on February 5, 2020, the law firm London & Amburn, P.C., reported to the Court that Attorney Jacobs will cease all representation of Defendant and that Attorney John Keith Lines will replace Attorney Jacobs once Attorney Lines applies for admission. In the May 1 Order, the Court noted that it had not received Attorney Lines's notice of appearance and that the attorneys had not complied with Local Rule 83.4.

The instant Motion requests that Attorney Jacobs be permitted to withdraw. In addition, the Motion states that Defendant will continue to be represented in this matter by competent and well-qualified attorneys. The Court also notes that Attorney Jason Long has filed a Notice of Appearance on behalf of Defendant. The Notice states that Attorney Lines will not be representing Defendant.

Because continuity of counsel is ensured, the Court finds the Motion to Withdraw of Michael Jacobs, Esq. [**Doc. 36**] well taken, and it is **GRANTED**. Attorney Michael Jacobs is **RELIEVED** of his duties as counsel in this matter, and Attorney Jason Long will be **SUBSTITUTED** as counsel of record for Defendant.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge